**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MICHIGAN

Case number (if known): _____    Chapter  **11**

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy                 4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Die Tech Services, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 38-3644732 |
| 4. | Debtor's address | **Principal place of business**<br><br>**2457 Waldorf Ct. NW**<br>**Walker, MI 49544**<br>Number, Street, City, State & ZIP Code<br><br>Kent<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | www.dietechservices.com |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **Die Tech Services, Inc.**  Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __3544__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    ☐ A plan is being filed with this petition.
    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor   Die Tech Services, Inc.                                                                 Case number (if known)
         Name

**11. Why is the case filed in this district?**   Check all that apply:

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**   Check one:

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☐ 1-49
- ■ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor    Die Tech Services, Inc.    Case number (*if known*)
         Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/04/2019
              MM / DD / YYYY

X *(signed)* Kelly C. Darby
Signature of authorized representative of debtor

Printed name: Kelly C. Darby

Title  **President**

**18. Signature of attorney**

X *(signed)*
Signature of attorney for debtor

Date  03/04/2019
      MM / DD / YYYY

**John T. Piggins (P34495)**
Printed name

**Miller Johnson**
Firm name

**45 Ottawa Avenue, Suite 1100**
**Grand Rapids, MI 49503**
Number, Street, City, State & ZIP Code

Contact phone  616-831-1700    Email address  ecfpigginsj@millerjohnson.com

**(P34495) MI**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Die Tech Services, Inc. |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MICHIGAN |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03/04/2019

X  *Kelly C. Darby* (signature)
Signature of individual signing on behalf of debtor

Kelly C. Darby
Printed name

President
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Die Tech Services, Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF MICHIGAN**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Precision Wire EDM Service Inc<br>3180 Three Mile Rd NW<br>Walker, MI 49534 | 616-453-4360 | TRADE DEBT | | | | $61,947.64 |
| Dietech Services India<br>E-207, Brigade Gateway<br>#26/1, Dr. Rajkumar Road<br>Mallewsaram<br>West Bangalore, India 560 055 | 91-9845150149 | TRADE DEBT | | | | $32,470.00 |
| David Carl Machining, LLC f/k/a North Kent Base<br>109 N 3rd Street<br>Sand Lake, MI 49343 | 616-636-4300 | TRADE DEBT | | | | $25,771.00 |
| Dixon Global Enterprise(S) PTE<br>Scotts Road,<br>#24-10 Shaw Centre<br>Singapore 228202<br>China | +65 81562765 | TRADE DEBT | | | | $25,350.00 |
| Custom Tooling Systems Inc<br>3331 80th Avenue<br>Zeeland, MI 49464 | 616-748-9880 | TRADE DEBT | | | | $24,575.00 |
| Ajacs Die Sales Corporation<br>PO Box 9316<br>Grand Rapids, MI 49509 | 616-452-1469 | TRADE DEBT | | | | $17,636.14 |

Official form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims  page 1

Debtor  **Die Tech Services, Inc.**                                Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Pro Nexus Michigan West, LLC**<br>171 Sully's Trail<br>Pittsford, NY 14534 | 866-596-3987 | **TRADE DEBT** | | | | $16,980.00 |
| **Rapid Tool & Machine LLC**<br>2051 E Condensery Rd<br>Sheridan, MI 48884 | 989-291-0169 | **TRADE DEBT** | | | | $12,900.00 |
| **Precise Engineering LLC**<br>4675 40th Street SE<br>Grand Rapids, MI 49512 | 616-940-1184 | **TRADE DEBT** | | | | $10,800.00 |
| **DWH, LLC**<br>180 Monroe Ave NW Suite 2R<br>Grand Rapids, MI 49503 | 616-233-0020 | **TRADE DEBT** | | | | $8,998.75 |
| **Beene Garter LLP**<br>56 Grandville Ave SW<br>Suite 100<br>Grand Rapids, MI 49503 | 616-235-5200 | **TRADE DEBT** | | | | $8,863.05 |
| **Timmer Cutting Tools**<br>PO Box 441<br>Hudsonville, MI 49426-0441 | 616-889-2535 | **TRADE DEBT** | | | | $8,605.92 |
| **Database Design**<br>13320 Valley Court<br>Greenville, MI 48838 | 616-318-9108 | **TRADE DEBT** | | | | $8,600.00 |
| **JWS Enterprises LLC**<br>PO Box 96<br>Allendale, MI 49401 | 616-970-2535 | **TRADE DEBT** | | | | $6,317.50 |
| **Business Advantage Company**<br>8 East Bridge Street Suite A-7<br>Rockford, MI 49341 | 406-396-6978 | **\*\*FOR NOTICING PURPOSES ONLY\*\*** | | | | $5,990.00 |
| **Robert Half Finance & Accting**<br>PO Box 743295<br>Los Angeles, CA 90074-3295 | 5650 | **TRADE DEBT** | | | | $5,650.00 |
| **ERICKSON'S INCORPORATED**<br>2217 LAKE AVENUE<br>MUSKEGON, MI 49445 | 231-744-1686 | **TRADE DEBT** | | | | $5,500.00 |

Debtor  **Die Tech Services, Inc.**                         Case number *(if known)*
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **North Kent Weld**<br>**17247 Country Lane**<br>**Sand Lake, MI 49343** | 616-799-0279 | **TRADE DEBT** | | | | $4,975.00 |
| **River City Mechanical**<br>**5325-A Six Mile Court NW**<br>**Comstock Park, MI 49321** | 616-785-1311 | **TRADE DEBT** | | | | $4,583.45 |
| **Complete Automation Resources**<br>**12175 Northland Drive**<br>**Cedar Springs, MI 49319** | 616-263-9743 | **TRADE DEBT** | | | | $4,434.04 |

# United States Bankruptcy Court
## Western District of Michigan

In re    **Die Tech Services, Inc.**                          Case No.               

                                     Debtor(s)           Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    3/4/2019                          /s/ Kelly C. Darby
                                                          **Kelly C. Darby/President**
                                                          Signer/Title

```
AJACS DIE SALES CORPORATION
PO BOX 9316
GRAND RAPIDS MI 49509


AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000


ARROWASTE INC
PO BOX 828
JENISON MI 49429


BEENE GARTER LLP
56 GRANDVILLE AVE SW
SUITE 100
GRAND RAPIDS MI 49503


BETZ INDUSTRIES
2121 BRISTOL AVENUE NW
GRAND RAPIDS MI 49504-1403


BUSINESS ADVANTAGE COMPANY
8 EAST BRIDGE STREET
SUITE A-7
ROCKFORD MI 49341


BWC STATE INSURANCE FUND
OHIO BUREAU OF WORKERS' COMP
PO BOX 89492
CLEVELAND OH 44101-6492


BYLINE BANK
180 N LASALLE
SUITE 300
CHICAGO IL 60101


BYLINE BANK
ATTN: MIKE CASTLE
9449 PRIORITY WAY W DRIVE
SUITE 220
INDIANAPOLIS IN 46240


CAPITAL ONE BANK (USA), NA
PO BOX 60599
CITY OF INDUSTRY CA 91716-0599
```

CARR LANE MFG. CO.
PO BOX 191970
SAINT LOUIS MO 63119


CHASE CARD SERVICES
CARDMEMBER SERVICES
PO BOX 94014
PALATINE IL 60094-4014


CINCINNATI INSURANCE COMPANY
PO BOX 145620
CINCINNATI OH 45250-5496


CINTAS
PO BOX 630910
CINCINNATI OH 45263


CITI CARDS
PO BOX 9001016
LOUISVILLE KY 40290-1016


CITY OF GRAND RAPIDS
TREASURER ROOM 220
CITY HALL - WATER/SEWER
300 MONROE AVENUE, NW
GRAND RAPIDS MI 49503-2296


CITY OF WALKER
DANIEL M DEVRIES, TREASURER
4243 REMEMBRANCE ROAD NW
WALKER MI 49534-7502


COMPLETE AUTOMATION RESOURCES
12175 NORTHLAND DRIVE
CEDAR SPRINGS MI 49319


CONSUMERS ENERGY
PO BOX 740309
CINCINNATI OH 45274-0309


CUSTOM TOOLING SYSTEMS INC
3331 80TH AVENUE
ZEELAND MI 49464

```
DATABASE DESIGN
13320 VALLEY COURT
GREENVILLE MI 48838


DAVID CARL MACHINING, LLC
F/K/A NORTH KENT BASE
109 N 3RD STREET
SAND LAKE MI 49343


DAVID CARL MACHINING, LLC
C/O MICHAEL J. TERBEEK
WHEELER UPHAM PC
250 MONROW AVE NW, SUITE 100
GRAND RAPIDS MI 49503


DIETECH SERVICES INDIA
E-207, BRIGADE GATEWAY
#26/1, DR. RAJKUMAR ROAD
MALLEWSARAM
WEST BANGALORE, INDIA 560 055


DIXON GLOBAL ENTERPRISE(S) PTE
SCOTTS ROAD,
#24-10 SHAW CENTRE
SINGAPORE 228202 CHINA


DTS HOLDING, LLC
2457 WALDORF COURT NW
WALKER MI 49544


DWH, LLC
180 MONROE AVE NW
SUITE 2R
GRAND RAPIDS MI 49503


EARTHLINK BUSINESS
PO BOX 88104
CHICAGO IL 60680-1104


ERICKSON'S INCORPORATED
2217 LAKE AVENUE
MUSKEGON MI 49445


EXTENDED STAY AMERICA-WORTHING
7465 HIGH CROSS BLVD
COLUMBUS OH 43235
```

GIPSON FABRICATION INC
2151 CHICAGO DRIVE
WYOMING MI 49544


GRAND RIVER INSURANCE AGENCY
DEPT 771715
DETROIT MI 48277-1715


GREAT LAKES HEAVY HAUL INC
4813 SOLUTION CENTER
CHICAGO IL 60677-4008


HANSEN-BALK STEEL TREATING
1230 MONROE AVENUE NW
GRAND RAPIDS MI 49505


HOOPER PRINTING
PO BOX 182
LOWELL MI 49331-0182


IMPERIAL DESIGN PERSONNEL INC
1958 WILSON AVE NW
WALKER MI 49544


INDEPENDENT BANK
CARDMEMBER SERVICES
PO BOX 790408
SAINT LOUIS MO 63179-0408


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY UNIT
PO BOX 7346
PHILADELPHIA PA 19101-7346


JWS ENTERPRISES LLC
PO BOX 96
ALLENDALE MI 49401


K DATA SYSTEMS LLC
678 FRONT ST NW
SUITE 003
GRAND RAPIDS MI 49504

```
KDP RETIREMENT PLAN SRVCS INC
3060 LAKE EASTBROOK BLVD SE
GRAND RAPIDS MI 49512


KELLY C. DARBY
8388 RIVER RIDGE DRIVE
COOPERSVILLE MI 49404


KINTO CANADA LTD
1756 WALKER ROAD
WINDSOR ON N8W 3P4 CANADA


KZ ENGINEERING LLC
CLARKE K CRUMP
1786 MORNING DEW DRIVE SW
BYRON CENTER MI 49315


MEIJER WEX FLEET
WEX BANK
PO BOX 6293
CAROL STREAM IL 60197-6293


MI DEPT OF TREASURY
COLLECTION DIVISION/BANKRPTCY
PO BOX 30168
LANSING MI 48909-7668


MICHIGAN DEPARTMENT OF LARA
611 W OTTAWA STREET
LANSING MI 48909


MICHIGAN DEPT. OF TREASURY
TAX COLLECTION ENFORCEMENT
BANKRUPTCY SECTION
TREASURY BUILDING
LANSING MI 48922-0001


MICHIGAN WIRE EDM SVCS INC
1246 SCRIBNER NW
GRAND RAPIDS MI 49504


MJM AUTOMATION
1211 OAKLEIGH NW
GRAND RAPIDS MI 49504
```

```
MP COMPONENTS
8499 CENTRE INDUSTRIAL DR
BYRON CENTER MI 49315


MSC INDUSTRIAL SUPPLY CO
PO BOX 953635
SAINT LOUIS MO 63195-3635


MUTUAL OF OMAHA
 PAYMENT PROCESSING CENTER
PO BOX 2147
OMAHA NE 68103-2147


NANCY E. BOURQUE
5646 SKYWAY DRIVE NE
COMSTOCK PARK MI 49321


NEW PHASE DESIGN
14210 CEDARWOOD AVE
LAKEWOOD OH 44107


NORTH KENT WELD
17247 COUNTRY LANE
SAND LAKE MI 49343


PJF METROLOGY NORTH
PO BOX 641
ROCKFORD MI 49341


PLASTIC MOLD TECHNOLOGY INC
4201 BROADMOOR SE
WALKER MI 49544


PRECISE ENGINEERING LLC
4675 40TH STREET SE
GRAND RAPIDS MI 49512


PRECISION PATTERN CO
EDWARD J STERENBERG
16303 QUINCY
HOLLAND MI 49424


PRECISION WIRE EDM SERVICE INC
3180 THREE MILE RD NW
WALKER MI 49534
```

```
PREMIER FINISHING INC
3180 FRUIT RIDGE AVE NW
WALKER MI 49544


PRINCIPAL NATIONAL LIFE
   INSURANCE CO.
THE PRINCIPAL FINANCIAL GROUP
PO BOX 10499
DES MOINES IA 50306-0499


PRO NEXUS MICHIGAN WEST, LLC
171 SULLY'S TRAIL
PITTSFORD NY 14534


PRODUCTION TOOL SUPPLY
PO BOX 670587
DETROIT MI 48267-0587


PROMARK
PO BOX 140108
GRAND RAPIDS MI 49514-0108


PURITY CYLINDER GASES INC
PO BOX 9390
GRAND RAPIDS MI 49509-0390


R AND T OF WEST MICHIGAN INC
6955 EAST PARIS INDUSTRIAL COU
CALEDONIA MI 49316


RAPID TOOL & MACHINE LLC
2051 E CONDENSERY RD
SHERIDAN MI 48884


RIVER CITY MECHANICAL
5325-A SIX MILE COURT NW
COMSTOCK PARK MI 49321


ROBERT HALF FINANCE & ACCTING
PO BOX 743295
LOS ANGELES CA 90074-3295


RONALD L. BOURQUE
5646 SKYWAY DRIVE NE
COMSTOCK PARK MI 49321
```

```
SMALL BUSINESS ADMINISTRATION
MICHIGAN DISTRICT OFFICE
ATTN:  DISTRICT COUNSEL
477 MICHIGAN AVE ROOM 515
DETROIT MI 48226


STANDARD COMPUTER SYSTEMS, INC
678 FRONT AVE NW
SUITE 003
GRAND RAPIDS MI 49504


STATE OF MICHIGAN
DEPARTMENT OF TREASURY
LANSING MI 48929


STATE OF MICHIGAN
CORPORATIONS DIVISION
PO BOX 30768
LANSING MI 48909


STATE OF MICHIGAN
DEPARTMENT OF TREASURY
DEPT. 77437
PO BOX 77000
DETROIT MI 48277-0437


STATE OF MICHIGAN
DEPARTMENT OF TREASURY
C/O REVENUE & COLLECTIONS DIV
PO BOX 30754
LANSING MI 48909-8524


STATE OF MICHIGAN UNEMPLOYMENT
INSURANCE
ATTN:  BANKRUPTCY UNIT
3024 W GRAND BLVD SUITE 12-100
DETROIT MI 48202-6024


TIMMER CUTTING TOOLS
PO BOX 441
HUDSONVILLE MI 49426-0441


U.S. BANK
PO BOX 790408
SAINT LOUIS MO 63179-0408
```

```
U.S. SMALL BUSINESS ADMIN.
STANDARD 7A LOAN GUARANTY
  PROCESSING CENTER
6501 SYLVAN ROAD, SUITE 100
CITRUS HEIGHTS CA 95610-5017


UNIFIRST CORP.
960 KEN-O-SHA INDUST. PARK DR
GRAND RAPIDS MI 49508


UNITED FASTENERS & SUPPLY LLC
2716-B COURIER NW
WALKER MI 49544


VALAREE J. DARBY
8388 RIVER RIDGE DRIVE
COOPERSVILLE MI 49404


VAN BAREN ACCOUNTING AND
 TAX CPA, PLLC
5988 CLYDE PARK AVENUE
WYOMING MI 49509


VERIZON WIRELESS
PO BOX 15062
ALBANY NY 12212-5062


VIGH LANDSCAPE MANAGEMENT
2851 THREE MILE ROAD, NW
GRAND RAPIDS MI 49534


WOLVERINE SPECIAL TOOL INC
1857 WALDORF ST NW
GRAND RAPIDS MI 49544
```

**United States Bankruptcy Court**
**Western District of Michigan**

| | | |
|---|---|---|
| In re   **Die Tech Services, Inc.** | | Case No. |
| | Debtor(s) | Chapter   **11** |

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Die Tech Services, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

_3/4/19_
Date

_/s/ John T. Piggins_
John T. Piggins (P34495)
Signature of Attorney or Litigant
Counsel for   **Die Tech Services, Inc.**
Miller Johnson
45 Ottawa Avenue, Suite 1100
Grand Rapids, MI 49503
616-831-1700  Fax:616-831-1701
ecfpigginsj@millerjohnson.com