**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

IN RE:

**DIE TECH SERVICES, INC., a Michigan corporation,**

           **Debtor.**
_____/

Case No.: 19-00835-jtp
(Chapter 11)
Hon. John T. Gregg

**NOTICE OF APPEARANCE OF COUNSEL AND**
**DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Maria Mariano Guthrie of Carlile Patchen & Murphy LLP is hereby appearing on behalf of Creditor Byline Bank, and hereby demands, pursuant to Rules 2002, 9007 and 9010 of the Bankruptcy Rules, and Section 102(1) and 342 of the Bankruptcy Code, that all notices given or required to be given in this case and papers served or required to be served in this case, be given to and served upon the undersigned at the following address:

> Maria Mariano Guthrie, Esq.
> CARLILE PATCHEN & MURPHY LLP
> 366 East Broad Street
> Columbus, Ohio  43215
> Telephone: (614) 628-0768
> Facsimile: (614) 221-0216
> mguthrie@cpmlaw.com

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules as specified above, but also includes without limitation, orders and notices of any applications, motions, petitions, pleadings, request, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, e-mail delivery, electronic filing, telephone, telegraph, telex, or otherwise:

> (1) Which affect or seek to affect in any way any rights or interests of the Receiver, with respect to the Debtor, the Debtor's property, the property of the Estate, or any proceeds

1

thereof in the possession, custody or control of Byline Bank or other creditor, which Debtor may seek or use; or

(2) Which require or seek to require any act, delivery of any property, payment, or other conduct by Byline Bank.

Dated:  March 7, 2019                                  CARLILE PATCHEN & MURPHY LLP


                                    By:  */s/  Maria Mariano Guthrie*
                                    Maria Mariano Guthrie
                                    Ohio Bar No. 0068049
                                    mguthrie@cpmlaw.com
                                    366 East Broad Street
                                    Columbus, Ohio 43215
                                    Tele:   (614) 628-0768
                                    Fax:    (614) 221-0216
                                    *Attorney for Byline Bank*

## **CERTIFICATE OF SERVICE**

      Creditor has caused a copy of this Notice to be served on: (i) the Office of the United States Trustee for the Western District of Michigan; (ii) each of Debtor's secured creditors; and (iii) the twenty largest unsecured creditors of the Debtor as disclosed on the Debtor's schedule filed pursuant to B.R. 1007(d). In light of the nature of the relief requested, the Creditor submits that no further notice is required.

                                                                                    */s/ Maria Mariano Guthrie*
                                                                                      Maria Mariano Guthrie (0068049)